**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

JESSE MCCOLLUM,

        Defendant.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/22
```

**12 CR 0031 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The conference to address the Defendant's violations of supervised release is rescheduled from May 13, 2022, to June 3, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated: May 12, 2022
      New York, New York

                                              Victor Marrero
                                                U.S.D.J.