**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/22
```

UNITED STATES OF AMERICA,

        -against-

JESSIE MCCOLLUM,

        Defendant.

**12 CR 31 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    On May 19, 2022, the defendant Jessie McCollum ("McCollum") has requested a modification of his bail conditions to permit him to travel to Kissimmee, Florida from May 27 to May 30, 2022, to attend a memorial service for his mother. McCollum stated that if he was permitted to travel to Florida for the memorial service, he will stay with his sisters at an Airbnb rental property.

    McCollum's request for a bail modification is **GRANTED**, provided that McCollum is subject to home confinement in Florida except for attendance at his mother's memorial service and compliance with a schedule of periodic check-ins to be imposed by the Probation Department.

**SO ORDERED.**

Dated: May 23, 2022
      New York, New York

                                          Victor Marrero
                                            U.S.D.J.