**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

UNITED STATES OF AMERICA,

        -against-

JESSE MCCOLLUM,

        Defendant.

**12 CR 0031 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled to July 29, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated: June 6, 2022
      New York, New York

                             Victor Marrero
                             U.S.D.J.