**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       -against-

JESSE MCCOLLUM,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/22

**12 CR 0031 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled to July 22, 2022, at 10:00 a.m. In light of the ongoing public health emergency, the hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: June 29, 2022
      New York, New York

                                         _____
                                         **VICTOR MARRERO**
                                             **U.S.D.J.**