**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

JESSE MCCOLLUM,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022

**12 CR 0031 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is rescheduled to August 12, 2022, at 9:30 a.m.

**SO ORDERED.**

Dated: July 18, 2022
      New York, New York

                                  _____
                                    **VICTOR MARRERO**
                                        **U.S.D.J.**