**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/22
```

UNITED STATES OF AMERICA,

        -against-

JESSE MCCOLLUM,

        Defendant.

**12 CR 0031 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

    The conference to address the defendant's violations of supervised release is scheduled for October 21, 2022, at 9:30 a.m.

**SO ORDERED.**

Dated: August 15, 2022
      New York, New York

                                        _____
                                          VICTOR MARRERO
                                            U.S.D.J.