```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

    - against -

JESSE MCCOLLUM,

           Defendant.

---

**12 Crim. 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference currently scheduled for October 21, 2022, is hereby adjourned until November 18, 2022 at 12:00 p.m.

**SO ORDERED.**

Dated:    20 October 2022
            New York, New York

                                        _____
                                          Victor Marrero
                                             U.S.D.J.